# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BRUBAKER and | : | |
| STEPHANIE BRUBAKER | : | |
| Plaintiffs | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| WILLIAM NORMAN BONDS | : | NO. 09-CV-02232-LS |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of January, 2010, upon consideration of defendant's motion to stay arbitration pending decision on defendant's motion to transfer shall be DENIED as moot.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.